**88-1579.** Doe v. Hamilton Cty. Dept. of Human Serv. *Hamilton County,* No. C-870506. On motion for *nunc pro tunc* or in the alternative on motion to file in-

716

stanter. Motion to file instanter granted. Motion for *nunc pro tunc* denied.